**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
Northern District of Illinois

Case number (If known): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 09 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | First name: David<br>Middle name: E.<br>Last name: Sanders<br>Suffix (Sr., Jr., II, III): | First name:<br>Middle name:<br>Last name:<br>Suffix (Sr., Jr., II, III): |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name: | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name: |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 9484<br>OR<br>9 xx – xx – ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ |

Official Form 101   Voluntary Petition for Individuals Filing for Bankruptcy   page 1

Debtor 1  **David E. Sanders**
   First Name   Middle Name   Last Name

Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>Business name _____<br><br>Business name _____<br><br>EIN _ _ – _ _ _ _ _ _ _<br><br>EIN _ _ – _ _ _ _ _ _ _ | ☐ I have not used any business names or EINs.<br><br>Business name _____<br><br>Business name _____<br><br>EIN _ _ – _ _ _ _ _ _ _<br><br>EIN _ _ – _ _ _ _ _ _ _ |
| 5. Where you live | **20066 S. Crescent Ave**<br>Number    Street<br><br>**Lynwood    IL    60411**<br>City            State    ZIP Code<br><br>**Cook**<br>County<br><br>If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code | If Debtor 2 lives at a different address:<br><br>Number    Street<br><br>City    State    ZIP Code<br><br>County<br><br>If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code |
| 6. Why you are choosing *this district* to file for bankruptcy | Check one:<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | Check one:<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 _David E. Sanders_
First Name  Middle Name  Last Name

Case number (if known) _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes. District _____ When __/__/____ Case number _____
     District _____ When __/__/____ Case number _____
     District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes. Debtor _____ Relationship to you _____
     District _____ When __/__/____ Case number, if known _____

     Debtor _____ Relationship to you _____
     District _____ When __/__/____ Case number, if known _____

**11. Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
   ☐ No. Go to line 12.
   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 David E. Sanders
    First Name   Middle Name   Last Name

Case number (if known) _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

Name of business, if any _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.
☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
    Number   Street

_____

City _____ State ____ ZIP Code ____

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 4

Debtor 1  David E. Sanders
          First Name  Middle Name  Last Name

Case number (if known) _____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 David E. Sanders
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

16. **What kind of debts do you have?**

    16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ☐ No. Go to line 16b.
    ☒ Yes. Go to line 17.

    16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.
    ☐ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer debts or business debts.

    _____

17. **Are you filing under Chapter 7?**

    Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

    ☐ No. I am not filing under Chapter 7. Go to line 18.
    ☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
    　☒ No
    　☐ Yes

18. **How many creditors do you estimate that you owe?**

    ☐ 1-49
    ☒ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

19. **How much do you estimate your assets to be worth?**

    ☒ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☒ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X /s/ David E. Sanders　　　　　X _____
Signature of Debtor 1　　　　　　　Signature of Debtor 2

Executed on 08/09/2018　　　　Executed on _____
　　　　　　MM / DD / YYYY　　　　　　　　　MM / DD / YYYY

Official Form 101　　Voluntary Petition for Individuals Filing for Bankruptcy　　page 6

Debtor 1  David E. Sanders
       First Name  Middle Name  Last Name

Case number (if known) _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____     Date _____
Signature of Attorney for Debtor                                  MM  /  DD  / YYYY


_____
Printed name

_____
Firm name

_____
Number    Street

_____
City                                    State    ZIP Code

Contact phone _____    Email address _____

_____
Bar number                              State

---

Debtor 1  David E. Sanders
         First Name   Middle Name   Last Name                              Case number (if known)_____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person_____
        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X  /s/ David E. Sanders                                      X _____
   Signature of Debtor 1                                        Signature of Debtor 2

Date  08-09-2018                                             Date _____
      MM / DD / YYYY                                              MM / DD / YYYY

Contact phone  708-970-0289                                  Contact phone _____

Cell phone  312-597-8686                                     Cell phone _____

Email address  Silverdollar94849yahoo.com                    Email address _____

Official Form 101            Voluntary Petition for Individuals Filing for Bankruptcy            page 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: David E. Sanders

Debtor (s)

Case No.

Chapter

List of Creditors

| | |
|---|---|
| First Premier Bank<br># 517800626809 XXXX<br>$ 800.00 | First Premier Bank<br>601 S. Minnesota Ave<br>Sioux Falls, SD 57104<br>(605) 367-3440 |
| Fifth Third Bank<br># 544400230948 XXXX<br>$ 500.00 | Fifth Third Bank<br>5050 Kingsley DR.<br>Cincinnati, OH 45227 |
| Ingalls Memorial Hospital<br># 2863667-1<br>$ 200.00 | Ingalls Memorial Hospital<br>Payment Processing Center<br>P.O. Box 27685<br>Chicago, IL 60673-1276 |
| City of Chicago - Department of Finance<br># 6616198l<br>$ 1000.00 | City of Chicago - Department of Finance<br>P.O. Box 5625<br>Chicago, IL 60680-5625 |
| Village of South Holland<br># 401575<br># 513979<br>$ 500.00 | Village of South Holland<br>P.O. Box 1053<br>Mokena, IL 60448<br>(708) 478-5694 |

Debtor 1 _____

| Creditor | Address |
|---|---|
| Cook Recorder of Deeds<br>#1608401079<br>$5,000.00 | Cook Recorder of Deeds<br>118 N. Clark<br>Room 230<br>Chicago, IL 60602 |
| First Premier Bank<br>#517800626809<br>$1,000.00 | First Premier Bank<br>3820 N. Louise Ave<br>Sioux Falls, SD 57107 |
| Midland Funding LLC.<br>#8563514741<br>$2,000.00 | Midland Funding L.L.C.<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108 |
| Vision Financial Service<br>#1021178<br>$200.00 | Vision Financial Services<br>P.O. Box 1768<br>LaPorte, IN 46352-1768 |
| Enteprise Holdings Inc.<br>#7270021<br>$5,000.00 | Enterprise Holding Inc<br>600 Corporate Park Drive<br>St. Louis, MO |
| L.J. Ross Associates<br>#15529842<br>$300.00 | L.J. Ross Associates<br>4 Universal Way<br>Jackson, MI 49202 |
| E.R.C.<br>#159663418<br>$300.00 | ERC<br>P.O. Box 57547<br>Jacksonville, FL 32241 |
| Clerk of the Court<br>#TH003726<br>$1,000.00 | Clerk of the Court<br>10220 S 76th Ave Room 403<br>Bridgeview, IL 60455 |
| Clerk of the Court<br>#YE 474-487<br>480<br>$1,000.00 | Clerk of the Court<br>10220 S. 76th Ave<br>Room 208<br>Bridgeview, IL 60455 |
| Office of the Secretary of State<br>#TH003726<br>#16TR003726<br>$1,000.00 | Office of the Secretary of State<br>2701 Dirksen Parkway<br>Springfield, IL 62723 |

Debtor 1 _____

| | |
|---|---|
| In the Circuit Court of Cook County Illinois 5th district<br># 16M52347<br>$ 5,000.00 | In the Circuit Court of Cook County Illinois, 5th District<br>10220 S. 76th Ave<br>Bridgeview, IL 60455 |
| Arnold Scott Harris P.C.<br>Attorneys At Law<br># 6044756678<br>$ 500.00 | Arnold Scott Harris P.C.<br>Attorney At Law<br>111 West Jackson Blv, Ste 600<br>Chicago, IL 60604-4135 |
| Village of Hazel Crest<br>#17-234769<br>$ 1,000.00 | Village of Hazel Crest<br>P.O. Box 457<br>Wheeling, IL 60090-0457 |
| Penn Credit<br># RT00705023<br>$ 500.00 | Penn Credit<br>P.O. Box 988<br>Harrisburg, PA 17108 |
| Office of the Secretary of State of Illinois<br># 60438<br># 17CF0438010<br>$ 1,000.00 | Office of the Secretary of State<br>2701 S. Dirksen Parkway<br>Springfield, IL 62723 |
| Office of the Secretary of the State of Illinois<br># YE474481<br># 16TR047481<br>$ 1,000.00 | Office of the Secretary of the State of Illinois<br>2701 S. Dirksen Pkw<br>Springfield, IL 62723 |
| Municipal Collection Services<br>#000202860<br>$ 500.00 | Municipal Collection Services<br>P.O. Box 327<br>Palos Heights, IL 60463 |
| In the City of Chicago Illinois Department of Administrative Hearings<br># 16VP005015<br>$ 5,000.00 | Dept. of Administrative Hearings<br>400 W. Superior<br>Chicago, IL 60602 |
| City of Markham, Illinois Photo enforcement programs<br># 170300043660724 3<br>$ 500.00 | Photo enforcement Program<br>P.O. Box 577<br>Bedford Park, IL 60499-0577 |
| Cook Law Magistrate Chicago<br># 14M1112500<br>$ 1,000.00 | Cook Law Magistrate Chicago<br>50 W. Washington Street<br>Room - 1<br>Chicago, IL 60602 |

| | |
|---|---|
| City of Chicago Department of Finance<br># 5188643520<br>$ 1,000.00 | Department of Finance<br>Room 107 City Hall<br>121 N. Lasalle Street<br>Chicago, IL 60602 |
| Markoff Law LLC<br>Robert G. Markoff<br># 05-M1 150606<br>$ 10,000.00 | Markoff Law LLC<br>Robert G. Markoff<br>29 N. Wacker Drive #5593<br>550<br>Chicago, IL 60606 |
| Illinois Tollway<br># VW160985500<br>$ 1,000.00 | Illinois Tollway<br>P.O. Box 5544<br>Chicago, IL 60680-5544 |
| Professional Account Management<br># 68562335<br># 02526671003953<br>$ 1,000.00 | Professional Account Management<br>P.O. Box 741<br>Milwaukee, WI 53201-1487 |
| Illinois Department of Healthcare and family Services<br># C00711340<br># 1994D0068138<br>$ 3,000.00 | Illinois Department of Healthcare and family Services<br>P.O. Box 19152<br>Springfield, IL 62794-9152 |
| National Recovery Solutions<br># 0997789361<br>$ 500.00 | National Recovery Solutions<br>P.O. Box 322<br>Lockport, NY 14095-0322 |
| Arnold Scott Harris, P.C.<br>Attorneys At Law<br># 2957759<br>$ 3,000.00 | Arnold Scott Harris, P.C.<br>Attorneys At Law<br>111 West Jackson Blv Ste. 600<br>Chicago, IL 60604-4135 |
| South Shore Hospital<br># V00163704687<br>$ 2,000.00 | South Shore Hospital<br>8012 S. Crandon Ave<br>Chicago, IL 60617 |
| Cook County Department of Revenue<br># 705023<br>$ 500.00 | Cook County Department of Revenue<br>Non-Retailer Use Tax<br>26335 Network Place<br>Chicago, IL 60673-1263 |
| Arnold Scott Harris P.C.<br>Attorneys At Law<br># 65508657<br>$ 5,000.00 | Arnolds Scott Harris P.C.<br>Attorneys At Law<br>111 West Jackson Blv Ste. 600<br>Chicago, IL 60604-4135 |

| | |
|---|---|
| Resurgent Capital Services<br>\# 654231780<br>$ 500.00 | Resurgent Capital Services<br>P.O. Box 10090<br>Livonia, MI 48151-6090 |
| City of Chicago Department of Finance<br>\# 5202778760<br>\# 500.00 | City of Chicago Department of Finance<br>P.O. Box 88292<br>Chicago, IL 60680-1292 |
| Illinois Tollway<br>\# VN5500175956<br>$ 600.00 | Illinois Tollway<br>P.O. Box 5544<br>Chicago, IL 60680-5544 |
| Professional Account Management LLC<br>\# 67806445<br>\# 0252616103D332<br>$ 500.00 | Professional Account Management LLC<br>P.O. Box 741<br>Milwaukee, WI 53201-1487 |
| Illinois Tollway<br>\# VS570024224 9<br>$ 1000.00 | Illinois Tollway<br>P.O. Box 5544<br>Chicago, IL 60680-5544 |
| MW536 Midwest Title Loans, Inc<br>17350 Torrence Ave.<br>\# 536-16461   \# 536-16461<br>$ 15,000.00 | MW536 Midwest Title Loans, Inc<br>17350 Torrence Ave<br>Lansing, IL 60438<br>(708)-474-3237 |
| Illinois Tollway<br>\# VN5900263425<br>$ 300.00 | Illinois Tollway<br>P.O. Box 5544<br>Chicago, IL 60680-5544 |
| Accounting Department<br>Richard J. Daley Center<br>\# 08CS002068<br>\# 1994 D 0068138<br>$ 500.00 | Accounting Department<br>Richard J. Daley Center<br>50 W. Washington Street<br>Room 1005<br>Chicago, IL 60602-2701 |
| Title Max<br>19384 South Halsted Street<br>\# 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<br>$ 5000.00 | Title Max<br>19384 South Halsted Street<br>Glenwood, IL 60425<br>(708) 754-1645 |
| Trident Asset Management LLC<br>\# 61903218<br>\# 9008592015<br>$ 1000.00 | Trident Asset Management, LLC<br>P.O. Box 888424<br>Atlanta, GA 30356-0424<br>(866) 695-8893 |

| | |
|---|---|
| Illinois Tollway<br>#VW5100186032<br>$ 500.00 | Illinois Tollway<br>P.O. Box 5544<br>Chicago, IL 60680-5544 |
| Trident Asset Management<br># 9009277551<br>$ 1000.00 | Trident Asset Management<br>P.O. Box 888424<br>Atlanta, GA 30356-0424 |
| Municipal Collection Services<br># 0002223559<br>$ 500.00 | Municipal Collection Services<br>P.O. Box 327<br>Palos Heights, IL 60463-0327 |
| Cook County Department of Revenue<br># 9707235<br>$ 1000.00 | Cook County Department of Revenue<br>Individual Use Tax<br>25766 Network Place<br>Chicago, IL 60673-1257 |
| Superior Court of Lake County<br># 45D12-1512-F6-00225<br>$ 5000.00 | Lake County Superior Court<br>232 Russell St.<br>Hammond, IN 46320 |
| FingerHut<br># 3192907906<br>$ 1000.00 | FingerHut<br>6250 Ridgewood Road<br>St. Cloud, MN 56303 |
| Caine & Weiner<br># 72700<br>$ 5000.00 | Caine & Weiner<br>P.O. Box 55848<br>Sherman Oaks, CA 91413 |
| Grant Mercantile Agency<br># 8PROM010607<br>$ 5000.00 | Grant Mercantile Agency<br>49099 Road 426<br>Oakhurst, CA 93644-9486 |
| Komyatte & Casbon P.C.<br># 266644~~5~~<br>$ 500.00 | Komyatte & Casbon P.C.<br>Donna Sharp Collection Dept.<br>9650 Gordon Dr.<br>Highland, IN 46322 |
| Trident Asset Management<br># 900928<br>$ 1000.00 | Trident Asset Management<br>P.O. Box 888424<br>Alanta, GA 30356-0424 |

| | |
|---|---|
| ARS<br># 822867*4<br>$1000.00 | ARS<br>1643 NW 136th Ave<br>Building H suite 100<br>Sunrise, FL 33323 |
| Consumer Portfolio Service<br># 4001355 ****<br>$ 20,000.00 | Consumer Portfolio Services<br>19500 Jamboree RD St. 500<br>IRVINE, CA 92612 |
| Illinois Title loans<br># 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<br>$ 5,000.00 | Illinois Title Loans, INC<br>17310 Torrence Ave<br>Lansing, IL 60438<br>(708) 889-0503 |
| Ameri Cash Loans<br># 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<br>$ 5,000.00 | Ameri Cash Loans<br>17340 Torrence Ave<br>Lansing, IL 60438<br>(708) 474-7448 |
| Advance America<br># 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<br>$ 5,000.00 | Advance America<br>4142 167th St. Ste 6<br>Oak Forest, IL 60452<br>(708) 596-2599 |
| P.N.C. Bank<br># 48-1083-1277<br>$ 1,000.00 | P.N.C. Bank<br>Customer Service<br>P.O. Box 609<br>Pittsburgh, PA 15230-9738 |
| Peachtree financial<br># 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<br>$ 30,000 | Peachtree financial Solutions<br>1200 Morris Drive<br>Chesterbrook, PA 19087<br>1-(800) 903-1696 |
| Oasis Financial<br># 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<br>$ 30,000 | Oasis Financial<br>9525 W. Bryn Mawr, Ste 900<br>Rosemont, IL 60018<br>1-866-663-9894 |
| Professional Account Management<br># 67806445  # 03526471020215<br>$ 500.00 | Professional Account Management<br>P.O. Box 741<br>Milwaukee, WI 53201-1487<br>(888) 266-1384 |
| Circuit Court of Cook County<br># 2016-D-V7798701<br>$ 2,000.00 | Circuit Court of Cook County<br>Rm 1806 R.J. Daley Center<br>50 W. Randolph Street<br>Chicago, IL 60602 |

| Creditor | Address |
|---|---|
| Clerk of the Circuit Court<br># TH003726<br>$ 1,000.00 | Clerk of the Circuit Court<br>Traffic Division Daley Center<br>50 W. Washington<br>Room 0403<br>Chicago, IL 60602-1340 |
| City of Chicago Department of Finance<br># 6044672994<br>$ 1,000.00 | City of Chicago Department of Finance<br>P.O. Box 88292<br>Chicago, IL 60680-1292 |
| Bank of America<br># 291004835577<br>$ 1,000.00 | Bank of America<br>P.O. Box 790087<br>St. Louis, MO 63179 |
| Penn Credit<br># C3863901<br>$ 1,000.00 | Penn Credit<br>916 S 14th Street<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 |
| Nicorgas.com<br># 18-35-66-3381-0<br>$ 1,000.00 | Nicorgas<br>P.O. Box 5407<br>Carol Stream, IL 60197 |
| Com-ED<br># 0696826061<br>$ 1,000.00 | Com-ED<br>P.O. Box 6111<br>Carol Stream, IL 60187 |
| Ridge Orthopedics and Rehab<br># 27489<br>$ 1,000.00 | Ridge Orthopedics and Rehab<br>5540 W. 111th Street<br>Oak Lawn, IL 60453-5574 |
| Harris & Harris, Ltd<br># 44863622<br>$ 3,000.00 | Harris & Harris Ltd.<br>111 West Jackson Blv. Ste 400<br>Chicago, IL 60604-4135 |
| Secretary of State<br># YE 474482<br># S-536-1655-9351<br>$ 1,000.00 | Mandatory Insurance Division<br>501 South Second St. Rm 429<br>Springfield, IL 62756 |
| City of Chicago Department of Finance<br># 5022548800<br>$ 500.00 | City of Chicago Department of Finance<br>P.O. Box 88292<br>Chicago, IL 60680-1292 |

Debtor 1 _____

| | |
|---|---|
| American Access Casualty Company<br>#12AU0I296964<br>$5,000.00 | American Access Casualty Company<br>2211 Butterfield Rd. Ste 200<br>Downers Grove, IL 60515-1493 |
| Clearspring<br>#50635232<br>#0997898361<br>$2,000.00 | Clearspring Loan Services, Inc<br>P.O. Box 4869 Dept #447<br>Houston, TX 77057 |
| Ingalls<br>#2836667-1<br>$5,000.00 | INGALLS<br>One INGALLS DRIVE<br>Harvey, IL 60426-3558 |
| Secretary of State<br>#S536-1655-9351<br>#ZX69561<br>#4JGAB72E31A253479<br>$2,000.00 | Mandatory Insurance Division<br>Office of the Secretary of State<br>of Illinois<br>501 S. 2nd St. Room 429<br>Springfield, IL 62756 |
| T-Mobile<br>#945763706<br>$500.00 | T-Mobile<br>P.O. Box 53410<br>Bellevue, WA 98015-3410 |
| Certified Services<br>#660277<br>$2,000 | Certified Services<br>1300 Skokie Hwy<br>Suite 103A<br>Gurnee, IL 60031 |
| Cook County Department of Revenue<br>#9558750<br>$500.00 | Cook County Department of Revenue<br>25766 Network Place<br>Chicago, IL 60673-1257 |
| C.M.I.<br>#6197xxxx<br>$1,000.00 | C.M.I.<br>4200 International Park Way<br>Carrollton, TX 75007-1912 |
| Midland Credit Management<br>#5178059218315621<br>$2,000.00 | Midland Credit Management<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108 |
| Illinois Department of Revenue<br>#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  #L1704724D16<br>$5,000.00 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9035 |

Debtor 1 _____

| | |
|---|---|
| State of Illinois Department of Revenue<br>#45-4532919<br>#P15752587<br>$5,000.00 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9035 |
| Department of the Treasury<br>#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<br>$10,000 | Department of the Treasury<br>Internal Revenue Service<br>Kansas City, MO 64999-0012 |
| Cook County Sixth Municipal District<br>#17C660438<br>$2,000.00 | Cook County Sixth Municipal<br>16501 Kedzie Ave<br>Markham, IL 60428 |
| U.S. Department of Education<br>#2382832<br>$3,000.00 | U.S. Department of Education<br>P.O. Box 87130<br>Lincoln, NE 68501-7130 |
| Heart Land D.C.S.I.<br>#344589484<br>$5,000.00 | Heart Land D.C.S.I.<br>100 Global View DR.<br>Warrendale, PA 15086 |
| | |
| | |
| | |
| | |
| | |